**UNITED STATES of America,**
**Appellee,**

v.

**Milo Blaine WHITETAIL, Appellant.**

No. 10–2617.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 14, 2011.

Filed: Jan. 28, 2011.

Shon Hastings, U.S. Attorney's Office, Fargo, ND, for Appellee.

Milo Blaine Whitetail, Pekin, IL, pro se.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Federal inmate Milo Whitetail appeals the district court's [1] order denying his motion to vacate a garnishment order. Upon careful review, we conclude that the district court did not clearly err or abuse its discretion by finding that Whitetail was properly served with the application for writ of garnishment, the writ of garnishment, and a notice of garnishment and instructions to debtor; or by determining that tribal disbursements are not exempt property. *See* 18 U.S.C. § 3613(a),(f); 28 U.S.C. § 3202(b),(c); 28 U.S.C. § 3205(c)(3); *Jones v. Swanson,* 512 F.3d 1045, 1048 (8th Cir.2008) (standard of re-

1. The Honorable Ralph R. Erickson, Chief Judge, United States District Court for the District of North Dakota.

view). Accordingly, we affirm. *See* 8th Cir. R. 47B.